**IT IS ORDERED as set forth below:**



**Date: September 8, 2023**

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| | : | |
| **TIYA YAVONNE RIGGINS**, | : | CASE NO. **23-55196**-WLH |
| | : | |
| Debtor. | : | |
| _____ | : | |
| CONSUMER PORTFOLIO SERVICES, INC., | : | |
| | : | |
| Movant, | : | |
| | : | CONTESTED MATTER |
| v. | : | |
| | : | |
| TIYA YAVONNE RIGGINS, Debtor; and KATHLEEN STEIL, Trustee, | : | |
| | : | |
| Respondents. | : | |

**ORDER**

This matter came on for hearing September 7, 2023, on the *Motion for Relief from Automatic Stay* (the "Motion") filed by Consumer Portfolio Services, Inc. (the "Movant").

Movant claims a security interest in Debtor's vehicle: 2017 Honda Civic (the "Collateral").

Movant, by counsel, filed a Certificate of Service and contends proper service of the Motion.

Neither Debtor nor Chapter 7 Trustee opposed the Motion; accordingly, it is hereby

ORDERED that the automatic stay imposed under 11 U.S.C. Section 362 is modified to the extent necessary to allow Movant to recover and dispose of the Collateral in a commercially reasonable manner, to pay the expenses of disposition and the lawful claim of Movant, and to remit to Trustee any remaining sale proceeds; alternatively, if the disposition results in a deficiency, Movant may amend its claim filed in this case, subject to objection. The Court ORDERS that Rule 4001(a)(3) does not apply.

[END OF DOCUMENT]

PREPARED and PRESENTED BY:
The Law Office of
LEFKOFF, RUBIN, GLEASON &
RUSSO & WILLIAMS, P.C.
Attorneys for Movant


By:  _____/s/_____
    Philip L. Rubin
    Ga. State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
prubin@lrglaw.com

## DISTRIBUTION LIST

Philip L. Rubin, Esq.
Lefkoff, Rubin, Gleason, Russo & Williams, P.C.
5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342

Tiya Yavonne Riggins
2630 West Wood Drive
Conyers, GA 30094

E. L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy
Atlanta, GA 30341

Kathleen Steil
Chapter 7 Trustee
Ogier, Rothschild & Rosenfeld, P.C.
P.O. Box 1547
Decatur, GA 30031